IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUZLON WIND ENERGY CORPORATION, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-07-155 |
| SHIPPERS STEVEDORING COMPANY, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Counsel's motion to withdraw is GRANTED. Because Fitzley, Inc. is a corporation, which may not proceed *pro se,* this court orders Fitzley, Inc. to appoint new counsel who will file a Notice of Appearance with this court within forty-five days of the date of this Order. If Fitzley, Inc. fails to do so, it may face judgment by default.

SIGNED on December 3, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge