IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUZLON WIND ENERGY CORPORATION, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-07-155 |
| SHIPPERS STEVEDORING COMPANY, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Fitzley, Inc., a defendant and third-party plaintiff in this case, filed an unopposed motion requesting an additional 14 days to respond to the motion to dismiss and summary judgment motion of third-party defendants Andrew Boom Repair, Inc. and Pablo Pineiro. The motion is granted. Fitzley's response is due January 21, 2008.

SIGNED on January 18, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge